■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAIN RODRIGUEZ, Appellant. — Judgment, Supreme Court, Bronx County (Murray Koenig, J.), rendered on August 19, 1982, unanimously affirmed. The case is remitted to

the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sullivan, Silverman, Milonas and Kassal, JJ.